DAVID E. ROSEN (S.B. #155385)
MURPHY ROSEN & COHEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Attorneys for Plaintiff
SPACE SYSTEMS/LORAL, INC.

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK C. SCARSI (S.B. #183926)
RYAN K. YAGURA (S.B. #197619)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, <br><br> Defendant. | Case No. C-96-3418 SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER THEREON REGARDING ARGUMENT AND BRIEFING OF PENDING MOTIONS** <br><br> Trial Date: none set <br> Hearing Date: December 9, 2005 <br> Time: 9:00 a.m. <br> Place: Courtroom 10 <br> Judge: Hon. Susan Illston |

CASE NO. C-96-3418 SI

JOINT STIPULATION AND [PROPOSED] ORDER
THEREON REGARDING ARGUMENT AND
BRIEFING OF PENDING MOTIONS

# JOINT STIPULATION AND ORDER

WHEREAS, Defendant Lockheed Martin Corporation (Lockheed Martin) has filed a Motion for Leave to File a Motion for Reconsideration of the Court's Claim Construction (Motion for Leave Re Claim Construction) and a Motion for Summary Judgment that U.S. Patent No. 4,537,375 is Invalid Under 35 U.S.C. § 102(b);

WHEREAS, the parties are currently scheduled to be before the Court, the Honorable Judge Susan Illston presiding, on December 9, 2005 at 9:00 a.m. in Courtroom 10 for oral argument on Lockheed Martin's Motion for Leave Re Claim Construction and Space Systems/Loral, Inc.'s (SSL) objection to Lockheed Martin filing motions for summary judgment of invalidity;

WHEREAS, on October 19, 2005, the U.S. Patent and Trademark Office (PTO) informed the parties that it had commenced a reexamination of U.S. Patent No. 4,537,375; and

WHEREAS, on November 4, 2005, Lockheed Martin filed a Motion for Partial Stay of Action Pending Reexamination of U.S. Patent No. 4,537,375 (Motion for Partial Stay) wherein Lockheed Martin asked the Court to defer consideration of claim construction pending the outcome of the reexamination.

Lockheed Martin and SSL have agreed, and hereby so STIPULATE, that at the December 9, 2005 hearing, the parties will present argument to the Court regarding Lockheed Martin's Motion for Partial Stay instead of argument on Lockheed Martin's Motion for Leave Re Claim Construction. The parties will, however, still present argument on SSL's objection to Lockheed Martin filing motions for summary judgment of invalidity. If the Court grants Lockheed Martin's Motion for Partial Stay, the Court will take Lockheed Martin's Motion for Leave Re Claim Construction off calendar until the conclusion of the reexamination proceeding. If the Court denies Lockheed Martin's

Motion for Partial Stay, the Court will set Lockheed Martin's Motion for Leave Re Claim Construction for hearing at the convenience of the Court.

Dated: November 8, 2005

| | |
|---|---|
| DAVID E. ROSEN<br>MURPHY ROSEN & COHEN LLP | GEORGE A. RILEY<br>MARK C. SCARSI<br>RYAN K. YAGURA<br>O'MELVENY & MYERS LLP |
| By: //s// David E. Rosen<br>    David E. Rosen | By: //s// Ryan K. Yagura<br>    Ryan K. Yagura |
| Attorneys for Plaintiff<br>SPACE SYSTEMS/LORAL, INC. | Attorneys for Defendant<br>LOCKHEED MARTIN CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. At the December 9, 2005 hearing, the Court will hear argument on (a) Lockheed Martin's Motion for Partial Stay, and (b) SSL's objection to Lockheed Martin filing motions for summary judgment of invalidity;

2. Lockheed Martin's Motion for Leave Re Claim Construction, currently set for hearing on December 9, 2005, is taken off calendar. If the Court denies Lockheed Martin's Motion for Partial Stay, the Court will set Lockheed Martin's Motion for Leave Re Claim Construction for hearing on a date convenient to the Court. If the Court grants Lockheed Martin's Motion for Partial Stay, the motion will remain off calendar until the conclusion of the reexamination proceeding.

Dated: November ___, 2005.

_____
SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

LA2:782073.1

CASE NO. C-96-3418 SI — - 3 -     JOINT STIPULATION AND [PROPOSED] ORDER THEREON REGARDING ARGUMENT AND BRIEFING OF PENDING MOTIONS

| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304)<br>O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West |
| 3 | 275 Battery Street, 26th Floor<br>San Francisco, California 94111-3305 |
| 4 | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 5 | MARK C. SCARSI (S.B. #183926) |
| 6 | RYAN K. YAGURA (S.B. #197619)<br>O'MELVENY & MYERS LLP |
| 7 | 400 South Hope Street<br>Los Angeles, California 90071-2899 |
| 8 | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 9 | Attorneys for Defendant<br>LOCKHEED MARTIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., | Case No. C-96-3418 SI |
| Plaintiff, | ELECTRONIC CASE FILING |
| v. | **DECLARATION OF RYAN K. YAGURA RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X** |
| LOCKHEED MARTIN CORPORATION, | |
| Defendant. | |

I, RYAN K. YAGURA, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Defendant Lockheed Martin Corporation in the action entitled *Space Systems/Loral, Inc. v. Lockheed Martin Corporation.*, Case No. C-96-3418 SI, pending before this Court. I am a member of good standing of the State Bar of California and am

1  admitted to practice in the United States District Court for the Northern District of
2  California.  I have personal knowledge of the facts set forth in this Declaration and, if
3  called as a witness, could and would testify competently to such facts under oath.
4            2.     I attest that the conformed signature of David E. Rosen, counsel of
5  record for Space Systems/Loral, appearing in the signature block of the Joint Stipulation
6  And [Proposed] Order Thereon Regarding Argument And Briefing Of Pending Motions,
7  is Mr. Rosen's signature, and that Mr. Rosen has authorized me to file the Joint
8  Stipulation And [Proposed] Order Thereon Regarding Argument And Briefing Of Pending
9  Motions.
10       I declare under penalty of perjury under the laws of the United States that
11  the foregoing is true and correct.
12       Executed on the 8th day of November, 2005, at Los Angeles, California.

                                            //s// Ryan K. Yagura
                                                 Ryan K. Yagura

LA1:1092659.1

CASE NO. C-96-3418 SI     - 2 -     DECLARATION OF RYAN K. YAGURA
RE: SIGNATURE PURSUANT TO
GENERAL ORDER 45 § X