GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK C. SCARSI (S.B. #183926)
RYAN K. YAGURA (S.B. #197619)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., | Case No. C-96-3418 SI |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING USE OF COMPUTER EQUIPMENT AND PROJECTION EQUIPMENT** |
| v. | |
| LOCKHEED MARTIN CORPORATION, | Trial Date: none set<br>Hearing Date: February 3, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |
| Defendant. | |

CASE NO. C-96-3418 SI

PROPOSED ORDER PERMITTING
USE OF COMPUTER EQUIPMENT
AND PROJECTION EQUIPMENT

**ORDER**

WHEREAS, this Court has set a hearing for Defendant Lockheed Martin Corporation's Motion for Leave to File Motion for Reconsideration of Claim Construction, Motion for Summary Judgment that U.S. Patent No. 4,537,375 Is Invalid Under 35 U.S.C. § 102(b), and Motion for Summary Judgment that U.S. Patent No. 4,537,375 Is Invalid Under 35 U.S.C. § 102(f) to begin at 9:00 a.m. on Friday, February 3, 2006;

WHEREAS, Defendant Lockheed Martin Corporation seeks permission to bring into the courtroom and use a computer projection system consisting of two LCD projectors, a large projector screen, two laptop computers, two boxes of computer cables, connectors and accessories, two stands and 10 boards as part of its presentation during the hearing on Friday, February 3, 2006;

WHEREAS, Defendant Lockheed Martin Corporation seeks permission to have its vendor, Fulcrum Legal Graphics, set up this equipment in Courtroom 10 at 3:30 p.m. on February 2, 2006, or such other time that is convenient for the Court, and remove this equipment after 4:00 p.m. on February 3, 2006, or such other time that is convenient for the Court;

///

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Lockheed Martin Corporation is permitted to have its vendor, Fulcrum Legal Graphics, bring into Courtroom 10 and set up the following equipment at 3:30 p.m. on February 2, 2006, to use this equipment during its presentation on February 3, 2006, and to have Fulcrum Legal Graphics remove this equipment from Courtroom 10 after 4:00 p.m. on February 3, 2006:

1. two (2) LCD projectors;
2. one (1) large projector screen;
3. two (2) laptop computers;
4. two (2) boxes of computer cables, connectors and accessories;
5. two (2) stands for poster boards; and
6. ten (10) poster boards.

**IT IS SO ORDERED.**

Dated: February ___, 2006.

_____
SUSAN ILLSTON
United States District Judge

*IT IS SO ORDERED*
*Judge Susan Illston*

Presented by:

O'MELVENY & MYERS LLP

By: /s/ Ryan K. Yagura
    Ryan K. Yagura

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: February 1, 2006

LA2:789736.1

CASE NO. C-96-3418 SI — - 3 - — PROPOSED ORDER PERMITTING USE OF COMPUTER EQUIPMENT AND PROJECTION EQUIPMENT