1   DAVID E. ROSEN (S.B. #155385)
    MURPHY ROSEN & COHEN LLP
2   100 Wilshire Boulevard, Suite 1300
    Santa Monica, California  90401-1142
3   Telephone:    (310) 899-3300
    Facsimile:    (310) 399-7201
4
    Attorneys for Plaintiff
5   SPACE SYSTEMS/LORAL, INC.

6   GEORGE A. RILEY (S.B. #118304)
    O'MELVENY & MYERS LLP
7   Embarcadero Center West
    275 Battery Street, 26th Floor
8   San Francisco, California  94111-3305
    Telephone:    (415) 984-8700
9   Facsimile:    (415) 984-8701

10  MARK C. SCARSI (S.B. #183926)
    RYAN K. YAGURA (S.B. #197619)
11  O'MELVENY & MYERS LLP
    400 South Hope Street
12  Los Angeles, California  90071-2899
    Telephone: (213) 430-6000
13  Facsimile: (213) 430-6407

14  Attorneys for Defendant
    LOCKHEED MARTIN CORPORATION
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO DIVISION

19

20  SPACE SYSTEMS/LORAL, INC.,          Case No.  C-96-3418 SI

21              Plaintiff,              **JOINT STIPULATION AND
                                        [PROPOSED] ORDER THEREON
22          v.                          CONTINUING CASE MANAGEMENT
                                        CONFERENCE**
23  LOCKHEED MARTIN
    CORPORATION,                        Trial Date:    none set
24                                      Old CMC Date: March 3, 2006
                                        New Date:      March 31, 2006
25              Defendant.              Time:          2:30 p.m.
                                        Place:         Courtroom 10
26                                      Judge:         Hon. Susan Illston

27

28

    CASE NO.  C-96-3418 SI                           JOINT STIPULATION AND [PROPOSED] ORDER
                                                        THEREON CONTINUING CMC

# JOINT STIPULATION AND ORDER

WHEREAS, on February 3, 2006 the Court heard argument on Lockheed Martin Corporation's (Lockheed Martin) Motion for Reconsideration of the Court's Claim Construction;

WHEREAS, after the hearing Space Systems/Loral, Inc. (SSL) and Lockheed Martin submitted supplemental briefing on Lockheed Martin's Motion;

WHEREAS, the Court has not yet ruled on Lockheed Martin's Motion; and

WHEREAS, the parties believe that the Court's ruling will inform their views on how the case should proceed.

Lockheed Martin and SSL have agreed, and hereby so STIPULATE and request, that the Case Management Conference currently scheduled for March 3, 2006 be continued until March 31, 2006 so that the parties may have the benefit of the Court's Claim Construction order prior to the Case Management Conference.

Dated: February 28, 2006

| | |
|---|---|
| DAVID E. ROSEN<br>MURPHY ROSEN & COHEN LLP | GEORGE A. RILEY<br>MARK C. SCARSI<br>RYAN K. YAGURA<br>O'MELVENY & MYERS LLP |
| By: //s// David E. Rosen<br>David E. Rosen | By: //s// Mark C. Scarsi<br>Mark C. Scarsi |
| Attorneys for Plaintiff<br>SPACE SYSTEMS/LORAL, INC. | Attorneys for Defendant<br>LOCKHEED MARTIN CORPORATION |

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2           1.   The Case Management Conference set for March 3, 2006 is taken off

3   calendar;

4           2.   The Court will hold a Case Management Conference in this Case on March

5   31, 2006 at 2:30 p.m.

6

7           Dated:  February ___, 2006.

8

9                                            _____
                                             SUSAN ILLSTON
10                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28