DAVID E. ROSEN (S.B. #155385)
MURPHY ROSEN & COHEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Attorneys for Plaintiff
SPACE SYSTEMS/LORAL, INC.

GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK C. SCARSI (S.B. #183926)
RYAN K. YAGURA (S.B. #197619)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, <br><br> Defendant. | Case No. C-96-3418 SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Trial Date: none set <br> Conference Date: March 31, 2006 <br> Time: 2:30 p.m. <br> Place: Courtroom 10 <br> Judge: Hon. Susan Illston |

# **JOINT STIPULATION AND ORDER**

WHEREAS, on February 3, 2006 the Court heard argument on Lockheed Martin Corporation's (Lockheed Martin) Motion for Reconsideration of the Court's Claim Construction;

WHEREAS, after the hearing Space Systems/Loral, Inc. (SSL) and Lockheed Martin submitted supplemental briefing on Lockheed Martin's Motion;

WHEREAS, the Court has not yet ruled on Lockheed Martin's Motion; and

WHEREAS, the parties believe that the Court's ruling will inform their views on how the case should proceed.

Lockheed Martin and SSL have agreed, and hereby so STIPULATE and request, that the Case Management Conference currently scheduled for March 31, 2006 be postponed until April 14, 2006 so that the parties may have the benefit of the Court's Claim Construction order prior to the Case Management Conference.

Dated: March 24, 2006

| | |
|---|---|
| DAVID E. ROSEN<br>MURPHY ROSEN & COHEN LLP | GEORGE A. RILEY<br>MARK C. SCARSI<br>RYAN K. YAGURA<br>O'MELVENY & MYERS LLP |
| By: //s// David E. Rosen<br>　　　David E. Rosen | By: //s// Mark C. Scarsi<br>　　　Mark C. Scarsi |
| Attorneys for Plaintiff<br>SPACE SYSTEMS/LORAL, INC. | Attorneys for Defendant<br>LOCKHEED MARTIN CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The Case Management Conference set for March 31, 2006 is taken off calendar;

2. The Court will hold a Case Management Conference in this Case on April 14, 2006 at 2:30 p.m.

Dated: March ___, 2006.

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge

CASE NO. C-96-3418 SI — - 3 - — JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC