1  DAVID E. ROSEN (S.B. #155385)
   MURPHY ROSEN & COHEN LLP
2  100 Wilshire Boulevard, Suite 1300
   Santa Monica, California 90401-1142
3  Telephone: (310) 899-3300
   Facsimile: (310) 399-7201
4
   Attorneys for Plaintiff
5  SPACE SYSTEMS/LORAL, INC.

6  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
7  Embarcadero Center West
   275 Battery Street, 26th Floor
8  San Francisco, California 94111-3305
   Telephone: (415) 984-8700
9  Facsimile: (415) 984-8701

10 MARK C. SCARSI (S.B. #183926)
   RYAN K. YAGURA (S.B. #197619)
11 O'MELVENY & MYERS LLP
   400 South Hope Street
12 Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
13 Facsimile: (213) 430-6407

14 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., | Case No. C-96-3418 SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LOCKHEED MARTIN CORPORATION, | Trial Date: none set<br>Conference Date: May 1, 2006<br>Time: 11:30 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |
| Defendant. | |

CASE NO. C-96-3418 SI                    JOINT STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING CMC

## **JOINT STIPULATION AND ORDER**

WHEREAS, on February 3, 2006 the Court heard argument on Lockheed Martin Corporation's (Lockheed Martin) Motion for Reconsideration of the Court's Claim Construction;

WHEREAS, after the hearing Space Systems/Loral, Inc. (SSL) and Lockheed Martin submitted supplemental briefing on Lockheed Martin's Motion;

WHEREAS, the Court has not yet ruled on Lockheed Martin's Motion; and

WHEREAS, the parties believe that the Court's ruling will inform their views on how the case should proceed.

Lockheed Martin and SSL have agreed, and hereby so STIPULATE and request, that the Case Management Conference currently scheduled for May 1, 2006 be postponed to a date after the Court has ruled on the Motion for Reconsideration so that the parties may have the benefit of the Court's order prior to the Case Management Conference.

Dated: April 24, 2006

| | |
|---|---|
| DAVID E. ROSEN<br>MURPHY ROSEN & COHEN LLP | GEORGE A. RILEY<br>MARK C. SCARSI<br>RYAN K. YAGURA<br>O'MELVENY & MYERS LLP |
| By: //s// David E. Rosen<br>  David E. Rosen | By: //s// Mark C. Scarsi<br>  Mark C. Scarsi |
| Attorneys for Plaintiff<br>SPACE SYSTEMS/LORAL, INC. | Attorneys for Defendant<br>LOCKHEED MARTIN CORPORATION |

CASE NO. C-96-3418 SI — - 2 - — JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The Case Management Conference set for May 1, 2006 is taken off calendar;

2. The Court will hold a Case Management Conference in this Case on June 23, 2006 at 2:30 p.m.
_____.

Dated: April ___, 2006.



_____
SUSAN ILLSTON
United States District Judge

CASE NO. C-96-3418 SI   - 3 -   JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC