GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MARK C. SCARSI (S.B. #183926)
RYAN K. YAGURA (S.B. #197619)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, <br><br> Defendant. | Case No. C-96-3418 SI <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Trial Date: none set <br> Conference Date: August 4, 2006 <br> Time: 2:30 p.m. <br> Place: Courtroom 10 <br> Judge: Hon. Susan Illston |

CASE NO. C-96-3418 SI                                                     [PROPOSED] ORDER CONTINUING CMC

1 **ORDER**

WHEREAS, on February 3, 2006 the Court heard argument on Lockheed Martin Corporation's (Lockheed Martin) Motion for Reconsideration of the Court's Claim Construction;

WHEREAS, after the hearing Space Systems/Loral, Inc. (SSL) and Lockheed Martin submitted supplemental briefing on Lockheed Martin's Motion;

WHEREAS, the Court has not yet ruled on Lockheed Martin's Motion; and

WHEREAS, the parties believe that the Court's ruling will inform their views on how the case should proceed.

**IT IS SO ORDERED:**

1. The Case Management Conference set for August 4, 2006 is taken off calendar;

2. The Court will hold a Case Management Conference in this Case on __9/1/06 at 2:30 p.m.___.

Dated: ~~July~~ Aug. 3, 2006.

/s/ Susan Illston
_____
SUSAN ILLSTON
United States District Judge


Respectfully submitted:

Dated: July 27, 2006

O'MELVENY & MYERS LLP

By__//s// Mark C. Scarsi_____
       Mark C. Scarsi

CASE NO. C-96-3418 SI - 2 - [~~PROPOSED~~] ORDER CONTINUING CMC