| | |
|---|---|
| 1 | DAVID E. ROSEN (S.B. #155385) |
| | MURPHY ROSEN & COHEN LLP |
| 2 | 100 Wilshire Boulevard, Suite 1300 |
| | Santa Monica, California 90401-1142 |
| 3 | Telephone: (310) 899-3300 |
| | Facsimile: (310) 399-7201 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | SPACE SYSTEMS/LORAL, INC. |
| 6 | GEORGE A. RILEY (S.B. #118304) |
| | O'MELVENY & MYERS LLP |
| 7 | Embarcadero Center West |
| | 275 Battery Street, 26th Floor |
| 8 | San Francisco, California 94111-3305 |
| | Telephone: (415) 984-8700 |
| 9 | Facsimile: (415) 984-8701 |
| 10 | MARK C. SCARSI (S.B. #183926) |
| | RYAN K. YAGURA (S.B. #197619) |
| 11 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 12 | Los Angeles, California 90071-2899 |
| | Telephone: (213) 430-6000 |
| 13 | Facsimile: (213) 430-6407 |
| 14 | Attorneys for Defendant |
| | LOCKHEED MARTIN CORPORATION |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPACE SYSTEMS/LORAL, INC., | Case No. C-96-3418 SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LOCKHEED MARTIN CORPORATION, | Trial Date: none set |
| | Conference Date: October 27, 2006 |
| | Time: 2:30 p.m. |
| Defendant. | Place: Courtroom 10 |
| | Judge: Hon. Susan Illston |

CASE NO. C-96-3418 SI                                    JOINT STIPULATION AND [PROPOSED] ORDER
                                                                                              CONTINUING CMC

| | |
|---|---|
| 1 | **JOINT STIPULATION AND ORDER** |

WHEREAS, the parties have reached agreement in principal on a settlement that will result in a complete dismissal of this action;

WHEREAS, the parties are in the process of documenting the settlement and dismissal language;

WHEREAS, the parties expect to be in position to file a final dismissal of this action within two weeks time;

The parties have agreed, and hereby so STIPULATE and request, that the Case Management Conference currently scheduled for October 27, 2006 be continued. The parties agree to submit a further Case Management Conference Statement to the Court in thirty (30) days if the parties have not filed a final dismissal before that time.

Dated:   October 20, 2006

DAVID E. ROSEN                                    GEORGE A. RILEY
MURPHY ROSEN & COHEN LLP                          MARK C. SCARSI
                                                  RYAN K. YAGURA
                                                  O'MELVENY & MYERS LLP


By: //s// David E. Rosen                          By: //s// Mark C. Scarsi
        David E. Rosen                                    Mark C. Scarsi

Attorneys for Plaintiff                           Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.                         LOCKHEED MARTIN CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The Case Management Conference set October 27, 2006 is taken off calendar;

2. The Parties will report back to the Court in a further Case Management Conference Statement if this action is not dismissed within thirty (30) days.

Dated: October ___, 2006.

_____
SUSAN ILLSTON
United States District Judge