1  DAVID E. ROSEN (S.B. #155385)
   MURPHY ROSEN & COHEN LLP
2  100 Wilshire Boulevard, Suite 1300
   Santa Monica, California 90401-1142
3  Telephone: (310) 899-3300
   Facsimile: (310) 399-7201
4
   Attorneys for Plaintiff
5  SPACE SYSTEMS/LORAL, INC.

6  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
7  Embarcadero Center West
   275 Battery Street, 26th Floor
8  San Francisco, California 94111-3305
   Telephone: (415) 984-8700
9  Facsimile: (415) 984-8701

10 MARK C. SCARSI (S.B. #183926)
   RYAN K. YAGURA (S.B. #197619)
11 O'MELVENY & MYERS LLP
   400 South Hope Street
12 Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
13 Facsimile: (213) 430-6407

14 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA
18
19                   SAN FRANCISCO DIVISION

20
21
                                              Case No. C-96-3418 SI
22 SPACE SYSTEMS/LORAL, INC.,
                                              **STIPULATION FOR**
23                    Plaintiff,              **DISMISSAL WITH**
                                              **PREJUDICE**
24       v.

25 LOCKHEED MARTIN CORPORATION,

26
                      Defendant.
27

28
                                                         STIPULATION FOR
                                                    DISMISSAL WITH PREJUDICE
                                                       CASE NO. C-96-3418 SI

It is hereby stipulated by and between counsel to plaintiff Space Systems/Loral, Inc. ("SSL") and counsel to defendant Lockheed Martin Corporation ("Lockheed Martin"), as follows:

1. All claims and counterclaims in the above-captioned action between SSL and Lockheed Martin are dismissed with prejudice.

2. Each party will bear its own costs and attorneys' fees.

3. This Court will retain jurisdiction to enforce the Settlement Agreement between the parties, dated November 1, 2006, of which this Stipulation forms a part.

DATED: November 1, 2006

DAVID E. ROSEN
MURPHY ROSEN & COHEN LLP

By _____//s//_____
    David E. Rosen

Attorneys for Plaintiff
SPACE SYSTEMS/LORAL, INC.

DATED: November 1, 2006

GEORGE A. RILEY
MARK C. SCARSI
RYAN K. YAGURA
O'MELVENY & MYERS LLP

By _____//s//_____
    Mark C. Scarsi

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED:_____      _____
                              Honorable Susan Illston
                              United States District Judge